

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2023

No. 04-23-00098-CV

**IN RE 5622 EQUITY DE, LLC AND REAL PROPERTY LOCATED AT 5622 EVERS ROAD, SAN ANTONIO, TEXAS 78238**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Beth Watkins, Justice

On December 19, 2022, 5622 Equity DE, LLC and Real Property Located at 5622 Evers Road, San Antonio, Texas 78238 ("Equity") filed a notice of appeal from an interlocutory order issued in the underlying proceeding. On January 20, 2023, pursuant to Texas Supreme Court Misc. Docket No. 22-9115, we transferred the interlocutory appeal to the Eighth Court of Appeals.

On January 31, 2023, Equity filed a petition for writ of mandamus in this court. Equity's mandamus petition seeks for its interlocutory appeal and its mandamus petition to be before the same court. However, Equity has failed to comply with Texas Supreme Court Misc. Docket No. 06-9136, subpart 4.02, which governs the procedures for requesting transfer of appellate proceedings.

We **ORDER** Equity to comply with Texas Supreme Court Misc. Docket No. 06-9136, subpart 4.02, **on or before February 21, 2023.** If Equity does not seek to transfer either proceeding, Equity must file an advisory in this court stating so **on or before February 21, 2023.**

It is so **ORDERED** on February 13, 2023.

---

[1] This proceeding arises out of Cause No. 2022-CI-14895, styled *City of Leon Valley vs. 5622 Equity DE, LLC and Real Property Located at 5622 Evers Road, San Antonio, Texas 78238*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.

FILE COPY

**PER CURIAM**

Attested to: _Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court